UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JULIA ESPEY,                                                    CIVIL NO. 13-2979 ADM/JSM

      Plaintiff,                                               ORDER

v.

NATIONSTAR MORTGAGE, LLC, et.al.

      Defendants.

The above matter came before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated May 19, 2014. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendations of the Magistrate Judge and upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

      IT IS HEREBY ORDERED that:

      1.     Defendants' Motion to Dismiss is **GRANTED**.

      2.     This matter is dismissed with prejudice.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

                           BY THE COURT:

                           s/Ann D. Montgomery
                           ANN D. MONTGOMERY
                           U.S. DISTRICT JUDGE

Dated: June 19, 2014.